# Third District Court of Appeal

## State of Florida

Opinion filed August 7, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0638
Lower Tribunal No. F93-30017
_____

**Guillermo Fuentes,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

Guillermo Fuentes, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, C.J., and LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Fla. R. Crim. P. 3.850(b); Beiro v. State, 289 So. 3d 511,

511–12 (Fla. 3d DCA 2019) ("The mere incantation of the words 'manifest injustice' does not make it so. [Appellant] has failed to allege any facts—nor can he—to justify invoking the extremely limited concept of manifest injustice to excuse a procedural bar and allow us to review the merits of his instant claim.").